**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MARK JAMIL JACOBS** | : | **NO. 00-313-3** |

## ORDER

**NOW,** this 28th day of May, 2025, upon consideration of Defendant's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) (Doc. No. 922), the government's response in opposition, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the defendant's term of supervised release is **TERMINATED.**

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.